THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
William Taylor Lambert,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No.  2005-UP-089
Submitted February 1, 2005  Filed February 
 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  William Taylor Lambert appeals 
 his plea of guilty but mentally ill to the charge of murder.  The trial judge 
 sentenced Lambert to fifty years imprisonment.  
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Lambert attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Lamberts appeal is without legal merit sufficient to warrant a new trial.  
 Lambert did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. 
 
 [1] 
ANDERSON, BEATTY, and SHORT, JJ., concur.

 
 
 [1] Because
 oral argument would not aid the court in resolving the issues on appeal, we
 decide this case without oral argument pursuant to Rule 215, SCACR.